IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

        Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Fifth (actually Sixth) Joint Motion Requesting Temporary Stay of Proceedings, filed June 17, 2005, is **GRANTED.** These proceedings are further **STAYED** until August 1, 2005 to allow the parties to continue to pursue settlement.

---

Dated: June 20, 2005