IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

        Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    This matter is set for a status conference/hearing on pending matters on **September 21, 2005 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

    Response to Motion to Dismiss (doc. # 40), filed August 19, 2005, is due by September 7, 2005; reply is due September 15, 2005.

Dated: August 29, 2005