IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

       Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Request for Leave to File Surreply (doc. #55), filed September 13, 2005, is **GRANTED.** The Surreply (doc. #54) is accepted as filed.

Dated: September 13, 2005