IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

       Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of the court's ruling granting Plaintiff's request for limited jurisdictional discovery, Defendants' Motion to Strike the Status Report (Doc. 34) and Motion to Stay Proceedings Pending Ruling on Motion to Dismiss are DENIED AS MOOT. Plaintiff's Motions to Supplement the Administrative Record (Docs. 52 and 64) are DENIED without prejudice to being refiled, if appropriate, at the conclusion of the limited discovery period.

Dated: September 21, 2005