IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

        Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion for Clarification (doc. #76), filed November 15, 2005, is **GRANTED**. The Minute Entry for the September 21, 2005 hearing is amended as follows: Plaintiff may file a response to Defendants' Motion to Dismiss (#40) within 20 days after completing discovery, and Defendants shall have fifteen (15) days thereafter to file any reply.

Dated: November 16, 2005