IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

        Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    After careful consideration of the briefs and relevant documents attached thereto, Plaintiff's Motion to Compel Response to Plaintiff's Discovery Request (Doc. 80), filed November 22, 2005, is **DENIED**.  The Request for Evidentiary Hearing (Doc. 79) is also **DENIED**, but may be renewed, if necessary, following the completion of briefing on the pending Motion to Dismiss (Doc. 40).  In accordance with the briefing schedule established by clarification on November 16, 2005 (Doc. 78), Plaintiff's Response to Defendant's Motion to Dismiss is due on or before February 7, 2006, and Defendant's Reply is due February 22, 2006.

Dated: January 18, 2006