IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-1816-AP**

**BIODIVERSITY CONSERVATION ALLIANCE,**

        Plaintiff,

v.

**RICHARD C. STEM, in his official capacity as Deputy Regional Forester of the Rocky Mountain Region of the U.S. Forest Service, and**
**U.S. FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture,**

        Defendants.
_____

ORDER
_____

KANE, J.

      This administrative challenge to the U.S. Forest Service's Cement Project is before me after a stay and additional briefing on the government's August 2005 Motion to Dismiss (Doc. 40). In the wake of a forest fire and my suggestion upon granting Plaintiff's Motion for Preliminary Injunction that the parties settle the case, the government withdrew the Cement Project in its entirety and moved to dismiss on grounds of mootness. Plaintiff sought and was granted certain limited discovery on the issues raised by Defendants' Motion, which discovery is now complete.

      I have reviewed Plaintiff's Second Response to Defendants' Motion to Dismiss, the government's Reply and supplemental authority filed by both sides. I agree with the government that the appeal is no longer justiciable, but I also recognize Plaintiff's concern that nonjusticiability premised merely on the "word" of the government that it

will not reinstate the Cement Project timber is does not give Plaintiff the guarantees it seeks. I cannot and will not issue an advisory opinion on the Forest Service's pre-withdrawal NEPA compliance, but given my obligation to make findings on the issue of mootness in order to determine jurisdiction, I find that this determination of mootness is conditioned upon the government's representation that the Cement Project has been permanently withdrawn and will never be revived. Any new project must begin anew to comply with the mandates of all applicable statutes, including NFMA and NEPA.

The government's Motion to Dismiss (Doc. 40) is **GRANTED** and this action **DISMISSED** on grounds of mootness. As a result of the complete withdrawal of the Cement Project, there no longer is any justiciable case or controversy before the court.

Dated April 10th, 2006.                **s/John L. Kane**
                                        SENIOR U.S. DISTRICT COURT JUDGE